**UNITED STATES DISTRICT COURT**                **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:16-CR-96 (8) |
| | § | |
| JOHN EARL JACKSON | § | |

### MEMORANDUM AND ORDER

The Government is ordered to file a response to Defendant John Earl Jackson's ("Jackson")

*pro se* Motion for Reduction of Sentence Pursuant to First Step Act 18 U.S.C. § 3582(c)(1)(A)(i)

(#406) on or before April 22, 2025.

SIGNED at Beaumont, Texas, this 25th day of March, 2025.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE